1  PHILLIP A. TALBERT
Acting United States Attorney
2  AUDREY B. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11  NAHID NASIRI, ET AL.,                        CASE NO. 1:21-cv-1385-DAD-EPG

12                  Plaintiff,                   STIPULATION AND ORDER FOR EXTENSION
                                                 OF TIME
13           v.
                                                 (ECF No. 6)
14  UNITED STATES DEPARTMENT OF
    STATE, et al.,
15
                    Defendants.
16

17      The United States respectfully requests a 60-day extension of time in which to respond to the

18  Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date

19  for the defendants to file an answer or other dispositive pleading is January 22, 2021. The parties further

20  request that all other filing deadlines be similarly extended.

21                                                          Respectfully submitted,

1

Dated: November 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

/s/ MARC KARLIN
MARC KARLIN
Counsel for Plaintiffs

## ORDER

Pursuant to the parties' stipulation (ECF No. 6), IT IS ORDERED that Defendants shall file an answer or other dispositive pleading no later than January 22, 2021. Additionally, the initial scheduling conference set for December 16, 2021, is reset for January 24, 2022, at 10:00 a.m. The parties are directed to review the Court's September 16, 2021, order for further information regarding the scheduling conference. (*See* ECF No. 3-1). Among other requirements, the parties shall file a joint scheduling report one (1) full week prior to the Scheduling Conference, which shall also be emailed in Word format to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **November 15, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE