IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHID NASIRI, et al.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　　　　　　Defendants. | CASE NO.  1:21-cv-1385-DAD-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

　　Pursuant to Local Rule 143, Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate to a 60-day extension of time within which the Defendants must serve their answer or otherwise respond in the above-entitled action. Defendants' response is currently due on or before January 22, 2022. ECF No. 7. Pursuant to this stipulation, Defendants will file their response on or before March 23, 2022. The parties further respectfully request that all other filing deadlines and the scheduling conference set for January 24, 2022 be likewise extended.

DATED: January 14, 2022　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM C. PEACHY
　　　　　　　　　　　　　　　　　　　　　　　Director

1

|  |  |
|---|---|
|  | STEVEN A. PLATT<br>Senior Litigation Counsel |
|  | /s/ Sergio Sarkany<br>SERGIO SARKANY<br>Trial Attorney |
|  | Attorneys for Defendants |
| DATED: January 14, 2022 | Respectfully submitted,<br>/s/ Marc Karlin<br>MARC KARLIN<br>Karlin & Karlin, APLC<br>535 N. Brand Blvd. Suite 701<br>Glendale, CA 91203 213-365-1555<br>Fax: 213-383-1166<br>Email: mkarlin@karlaw.com<br>Attorney for Plaintiffs |

## **ORDER**

Pursuant to the parties' stipulation (ECF No. 9), IT IS ORDERED that Defendants shall file an answer or other dispositive pleading no later than March 23, 2022. Additionally, the initial scheduling conference set for January 24, 2022, is reset for April 13, 2022, at 10:00 am. The parties are directed to review the Court's September 16, 2021, order for further information regarding the scheduling conference. (*See* ECF No. 3-1). Among other requirements, the parties shall file a joint scheduling report one (1) full week prior to the Scheduling Conference, which shall also be emailed in Word format to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **January 18, 2022**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE